**No. 62006.**—Gehrig, Hoban & Co., Inc. v. United States, protest 312782–K (New York).

Opinion by Johnson, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62007.**—Dorf International, Ltd. v. United States, protest 313892–K (New York).

Opinion by Johnson, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62008.**—D. Hauser, Inc. v. United States, protest 313942–K (New York).

Opinion by Johnson, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62009.**—Aero Sea Shipping Corporation v. United States, protest 315442–K (New York).

Opinion by Johnson, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62010.**—Isbrandtsen Company, Inc. v. United States, protest 313904–K (New York).

Opinion by Johnson, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 62011.**—J. H. Brown v. United States, protests 213165–K, etc. (El Paso).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.